**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10302 |
| Plaintiff - Appellee, | D.C. No. 4:09-cr-01996-DCB |
| v. | |
| IVAN VERDUSCO-COTA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
W. Fremming Nielsen, District Judge, Presiding

Submitted July 17, 2012[**]

Before:    SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

Ivan Verdusco-Cota appeals from his guilty-plea conviction and 60-month

sentence for conspiracy to possess with intent to distribute heroin, in violation of

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(i), and 846; and possession with intent to

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

distribute heroin, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(i).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Verdusco-Cota's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Verdusco-Cota with the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED.**